IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**vs.**                                           **CASE NO. 1:05-CR-005-SPM**

**ALBERT WATSON,**

    **Defendant.**

_____/

**ORDER CLARIFYING SENTENCE**

**THIS CAUSE** comes *sua sponte* before the Court. After having been found guilty by a jury of two counts of uttering counterfeit currency, Defendant was sentenced on June 13, 2005 to thirty months on each count. Recognizing that a written sentence should be referred to in order to clarify ambiguities in the orally-pronounced sentence, Green v. United States, 447 F.2d 987 (9th Cir. 1971)(citations omitted), it is accordingly

**ORDERED AND ADJUDGED** as follows:

1.    The 30 months in Counts I and II shall run *concurrently with each other*.

2.    The clerk is directed to amend the judgment and sentencing

documents to include this language.

**DONE AND ORDERED** this <u>twelfth</u> day of July, 2005.

<u>  s/ Stephan P. Mickle          </u>
Stephan P. Mickle
United States District Judge

/pao