IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

vs.                                                                               CASE NO. 1:05-CR-005-SPM

ALBERT WATSON,

        Defendant.
_____/

### ORDER GRANTING MOTION TO CONTINUE HEARING

**THIS CAUSE** comes before the Court on the "Defendant's Motion to Continue Revocation Hearing" (doc. 56). The Defendant requests a thirty-day (30) continuance of his hearing. Defendant wishes to have his driver's license reinstated so that he will be in full compliance with the law as of the date of the hearing. The Government is unavailable to offer an opinion on this motion.

However, good cause being found, it is **ORDERED AND ADJUDGED** that:

1. Defendant's motion to continue (doc. 56) is *granted*.

2. The Defendant's revocation hearing is reset for **Monday, April 7, 2008 at 1:30 p.m.**

**SO ORDERED** this twenty-sixth day of February, 2008.

                                    *s/ Stephan P. Mickle*
                                  Stephan P. Mickle
                                  United States District Judge